IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-501-CR





CHARLES COLEMAN RUSH,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT



NO. 0921931, HONORABLE TOM BLACKWELL, JUDGE PRESIDING



 





PER CURIAM


 This is an appeal from an order deferring adjudication and placing appellant on
probation. The underlying offense is for misapplication of fiduciary property over $10,000. Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b). 


Before Chief Justice Carroll, Justices Jones and Kidd;

 Chief Justice Carroll Not Participating

Dismissed On Appellant's Motion

Filed: October 12, 1994

Do Not Publish